IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

REBECCA COTERA,

                Plaintiff,              No. 3:11-cv-1023-ST

     v.

BACK HOME LOANS SERVICING, LP,
fka Countrywide Home Loans Servicing,    ORDER
a Texas limited partnership; and
RECONTRUST COMPANY, N.A., a wholly-
owned subsidiary of Bank of America, N.A.,

                Defendants..

HERNANDEZ, District Judge:

      Magistrate Judge Stewart issued a Findings and Recommendation (#18) on November 3,

2011, in which she recommends that this Court deny plaintiff's motion to remand this case to

state court.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule

of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were

1 - ORDER

timely filed, I am relieved of my obligation to review the record *de novo*.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings and Recommendation (#18).  Accordingly, plaintiff's motion to remand [#7] is denied.

IT IS SO ORDERED.

DATED this   2nd   day of   December            , 2011.


 /s/ Marco A. Hernandez
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER